```
                          FILED
                       April 27, 2011
                    CLERK, US DISTRICT COURT
                    EASTERN DISTRICT OF
                         CALIFORNIA
                         DEPUTY CLERK
```

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. MAG. 11-0120-EFB |
| Plaintiff, ) | |
| v. ) | |
| ) | ORDER FOR RELEASE OF |
| ROBERT JAMES WALTERS, ) | PERSON IN CUSTODY |
| Defendant. ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release ROBERT JAMES WALTERS, Case No. MAG. 11-0120-EFB from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___   Release on Personal Recognizance

_X_   Bail Posted in the Sum of: $50,000.00

    _X_   Co-Signed Unsecured Appearance Bond

    ___   Secured Appearance Bond

    _X_   (Other) Conditions as stated on the record.

    _X_   (Other) The Defendant is ordered to appear on 05/11/11 at 1:30 p.m. before Magistrate Judge Restrepo.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at Sacramento, CA on 04-27-11 at 2:59 p.m.

By _____
Edmund F. Brennan
United States Magistrate Judge